[No. 11707-3-III.  Division Three.  July 21, 1992.]

THE STATE OF WASHINGTON, *Petitioner*, v. WINDY A.
PITTS, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 91-1-00030-2, Michael E. Donohue,
J., entered June 14, 1991. *Reversed* by unpublished opin-
ion per Thompson, J., concurred in by Shields, C.J., and
Sweeney, J.

[No. 14150-7-II.  Division Two.  July 23, 1992.]

*In the Matter of the Marriage of* SAM
RACHAL, JR., *Appellant, and* IRMA
L. RACHAL, *Respondent*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 89-3-02861-1, Brian M. Tollefson, J.,
entered July 26, 1990. *Affirmed* by unpublished opinion
per Petrich, C.J., concurred in by Alexander and Seinfeld,
JJ.

[No. 13560-4-II.  Division Two.  July 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00512-3, Barbara D. Johnson, J., entered
January 25, 1990. *Affirmed in part* and *remanded* by
unpublished opinion per Alexander, J., concurred in by
Morgan, A.C.J., and Seinfeld, J.